## Hallowell *verf.* Dalton.

**T**HIS Cafe was a Review of an Action brought by Dalton againft Hallowell. The only Queftion of Law was, whether after Bond given to review, before the Service of the Writ, there can be faid to be fo much of Suit depending, and fo much of Parties, as that a Juftice may, out of Court, take the Evidence of Men going to Sea, according to the Province Law 7 W. 3, c. 11. (1) *Ruled*, there is.

After Bond given to review, and before the Service of the Writ, the Depofition of Witneffes going to Sea may be taken under the Province Law of 7 W. 3, c. 11.

---

(1) This law provided for the taking of affidavits of " witneffes in civil caufes,"

---

caufes," with a " notification to the adverſe party," but ſpecified no
time as the commencement of a ſuit.   Anc. Chart. 288.    But the St
of 1797, c 35, provided for taking depoſitions only " when the writ
original ſummons, or complaint ſhall have been ſerved."   This is i
ſubſtance reënacted in Rev. Sts. c. 94, § 15, and Gen. Sts. c. 131, § 19.
   (1) Anc. Chart. 377.   St. 1783, c. 32, § 9.   Rev. Sts. c. 110, § 1
Gen. Sts. c. 128, § 5.